JWV/FMS May.11
GJ # 15

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
## EASTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| v. | ) CR NO. |
| | ) |
| **DENNIS LEE McGEE** | ) |

## I N D I C T M EN T

**COUNTS ONE THROUGH FIFTEEN : (29 U.S.C. § 501(c))**

The Grand Jury charges:

A.   From on or about the 2nd day of September, 2008, until on or about the 19th day of February, 2009, in Calhoun County, within the Northern District of Alabama, the defendant,

**DENNIS LEE McGEE,**

being an officer of the United Steel Workers of America, AFL-CIO, Local 9506, that is, President and being employed directly by the labor union engaged in an industry affecting commerce, did embezzle, steal, and unlawfully and willfully abstract and convert to his own use moneys, funds, securities, and checks as set out below, in the approximate amount of **$8,200**, in violation of Title 29, United States Code, Section 501 (c).

1

B.   The allegations contained in paragraph A, above, are hereby re-alleged and incorporated by reference for each of the following counts, as though set forth herein.

| Count | Check Date | Amount | Check Number |
|---|---|---|---|
| One | 9/2/08 | $450 | 275 |
| Two | 9/10/08 | $1,000 | 279 |
| Three | 9/21/08 | $500 | 282 |
| Four | 9/28/08 | $550 | 283 |
| Five | 10/6/08 | $250 | 285 |
| Six | 10/11/08 | $800 | 286 |
| Seven | 10/15/08 | $300 | 288 |
| Eight | 10/28/08 | $1,000 | 297 |
| Nine | 11/24/08 | $500 | 306 |
| Ten | 01/3/09 | $400 | 311 |
| Eleven | 02/02/09 | $500 | 326 |
| Twelve | 02/05/09 | $300 | 328 |
| Thirteen | 02/09/09 | $300 | 329 |
| Fourteen | 02/17/09 | $150 | 335 |
| Fifteen | 02/19/09 | $600 | 336 |

All in violation of Title 29, United States Code, Section 501(c).

## FORFEITURE

18 U.S.C. § § 981 (a)(1)(C) and 28 U.S.C. § 2461(c)

1.  The allegations of Counts One through Fifteen of this Indictment are re-alleged and incorporated by reference as though set forth fully herein for the purpose of alleging forfeiture to the United States pursuant to the provisions of Title 18, U.S.C. Section 981 (a)(1)(C) and 28 U.S.C. Section 2461(c).

2.  Pursuant to Rule 32.2(a) Fed. R. Crim. P., the defendant is hereby notified that pursuant to Title 18, United States Code, Section 982 (a) and (a)(3)(B), the defendant,

**DENNIS LEE McGEE,**

upon conviction of the offenses set forth in Counts One through Fifteen of this Indictment, shall forfeit to the United States any property, real or personal, that constitutes or is derived from, directly or indirectly, gross proceeds traceable to the commission of the said violation including but not limited to:

A  JUDGMENT FOR PROCEEDS,

A sum of money equal to **$8,200** in United States currency, representing the

3

amount of proceeds obtained as a result of the offenses alleged.

3.  If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

    a.  cannot be located upon the exercise of due diligence;

    b.  has been transferred or sold to, or deposited with, a third party;

    c.  has been placed beyond the jurisdiction of the court;

    d.  has been substantially diminished in value; or

    e.  has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, § 853(p), to seek forfeiture of any other property of said defendant up to the value of the forfeitable property described above.

All in accordance with Title 18, United States Code, Section 981(a)(1)(C), and Title 28, United States Code, Section 2461(c), and Rule 32.2(a), Federal Rules

of Criminal Procedure.

A TRUE BILL

*/s/ Electronic Signature*
FOREMAN OF THE GRAND JURY             JOYCE WHITE VANCE
                                      United States Attorney

                                      */s/ Electronic Signature*
                                      FRANK M. SALTER
                                      Assistant United States Attorney